# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-022-GMN-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| SALEEM ESTREMERA, | |
| Defendant. | |

Based upon this pending Stipulation of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for December 13, 2012, at 9:30 a.m., is hereby vacated and continued to January 17, 2013, at the hour of 10:30 am, in Courtroom 7D.

**DATED** this 12th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE