# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:12-cr-00022-GMN-PAL-1 |
| vs. | ) | |
| | ) | **ORDER** |
| SALEEM ESTREMERA, | ) | |
| Defendant. | ) | |

On April 4, 2019, the Court held a revocation hearing as to Defendant Saleem Estremera. At that time, the Court modified the Defendant's term of supervised release to include residence in a residentiary reentry center.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant shall reside in a residential reentry center for a period of up to six (6) months.

**IT IS FURTHER ORDERED** that the Defendant will remain in the custody of the US Marshal until a bed is available at the residential reentry center.

**DATED** this __5__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court